

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00241-CR

RONNIE PATRICK SCHINDLER,
Appellant

V.

THE STATE OF TEXAS

§ On Appeal from County Criminal Court No. 5

§ of Tarrant County (1457109)

§ October 11, 2018

§ Opinion by Justice Rebecca Simmons

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Rebecca Simmons
        Justice Rebecca Simmons